**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DND COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV97-DJS |
| | ) | |
| 21 PUBLISHING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted.

Dated this ___16th___ day of September, 2008.

                                                /s/Donald J. Stohr
                                                UNITED STATES DISTRICT JUDGE